J. David Oswalt (State Bar No. 073439), doswalt@kantorlaw.net
Peter S. Sessions, (State Bar No. 193301), psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff St.
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JOAN WILLIAMS

SEYFARTH SHAW LLP
Kamili W. Dawson, (State Bar No. 193264), kdawson@seyfarth.com
Adrienne E. Nelson, (State Bar No. 209305), anelson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN,<br><br>    Defendant. | Case No. CV 08 5594 MMC<br><br>STIPULATION REQUESTING THAT COUNSEL BE PERMITTED TO PARTICIPATE IN THE APRIL 3, 2009 CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date:  April 3, 2009<br>Time:  10:30 a.m.<br>Ctrm:  7<br>Floor:  19 |

Pursuant to Local Rule 16.10, plaintiff Joan Williams and defendant United Airlines Employee Welfare Benefit Plan, through their respective counsel of record, hereby request that

---

**STIPULATION REQUESTING THAT COUNSEL BE PERMITTED TO PARTICPATE BY TELEPHONE IN CMC AND [PROPOSED] ORDER THEREON**

1  counsel be permitted to participate by telephone in the April 3, 2009 Case Management
2  Conference.
3        J. David Oswalt, lead trial counsel for plaintiff, whose office is in Northridge, California,
4  is presently scheduled to be out of the state on April 3, 2009 taking depositions. Therefore, good
5  cause exists for this request.
6        IT IS THEREFORE STIPULATED and agreed by and between the parties that counsel
7  may appear by telephone at the April 3, 2009 Case Management Conference.

9  Dated: March 26, 2009                KANTOR & KANTOR LLP

10                                            By: _____
11                                                J. David Oswalt
                                              Attorneys for Plaintiff
12                                                JOAN WILLIAMS

13  Dated: March 26, 2009                SEYFARTH SHAW LLP
14  
                                            By: _____/S/_____
15                                                Kamili W. Dawson
16                                                Attorneys for Defendant
                                              UNITED AIRLINES EMPLOYEE
17                                                WELFARE BENEFIT PLAN

1

## [PROPOSED] ORDER

Based on the parties' stipulation and good cause having been shown, counsel for the parties are permitted, pursuant to Local Rule 16.10, to participate by telephone in the April 3, 2009 Case Management Conference.

Dated: March 31, 2009



The Honorable Maxine M. Chesney
U.S. District Court Judge

3

**STIPULATION REQUESTING THAT COUNSEL BE PERMITTED TO PARTICPATE BY TELEPHONE IN CMC AND [PROPOSED] ORDER THEREON**