IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WILLIAMS, | No. C-08-5594 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendant                                   / | |

    Before the Court is the parties' Joint Report Re Continued Case Management Conference, filed September 4, 2009, in which the parties state that an agreement as to a settlement has been reached and request time to document the settlement.

    Good cause appearing, the Case Management Conference is hereby CONTINUED from September 11, 2009 to November 6, 2009.  A Joint Status Report shall be filed no later than October 30, 2009.

    **IT IS SO ORDERED.**

Dated:  September 9, 2009

                                          MAXINE M. CHESNEY
                                          United States District Judge