SEYFARTH SHAW LLP
Kamili W. Dawson (State Bar No. 193264), kdawson@seyfarth.com
Adrienne E. Nelson (State Bar No. 209305), anelson@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
United Airlines Employee Welfare Benefit Plan

J. David Oswalt (State Bar No. 073439), doswalt@kantorlaw.net
Peter S. Sessions, (State Bar No. 193301), psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff St.
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
JOAN WILLIAMS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WILLIAMS | CASE NO. CV 08 5594 MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| UNITED AIRLINES EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendant. | |

IT IS HERBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1), with each party to bear his, her or its own costs of suit

///

///

///

1

Stipulation of Dismissal with Prejudice/ Case No. C 08-05594

and attorney's fees.

Dated: December 16, 2009

                                    Seyfarth Shaw LLP

                                    By_____/s/_____
                                               Kamili W. Dawson
                                    Attorneys for Defendant United Airlines
                                    Employee Welfare Benefit Plan

Dated: December 16, 2009                     Kantor & Kantor LLP

                                    By_____/s/_____
                                               J. David Oswalt
                                    Attorneys for Plaintiff Joan Williams

## ORDER

IT IS HEREBY ORDERED that:

The above entitled matter, Case No. CV 08 5594 MMC, is DISMISSED WITH PREJUDICE, with each party to bear his, her or its own costs of suit and attorneys' fees.

Dated: December 17, 2009

                                    Honorable Maxine M. Chesney
                                    United States District Court Judge